Exhibit 2

| Vizio – SmartCast TV and Vizio Google Assistant Action (See product list at end for models) | |
|---|---|
| **Infringement of the '867 patent** | |
| **Claim 1** | **Evidence** |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The Vizio SmartCast TV and Vizio Google Assistant Action performs a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device. For example, using a Google Assistant-enabled device such as a smartphone, a user can control a Vizio SmartCast TV via voice commands. <br><br> **Chromecast built-in and works with Google Assistant** <br><br> VIZIO Smart TVs let you effortlessly control your TV with your voice and stream from your favorite devices. <br><br> [B] |

1

# SmartCast works with your favorite voice assistants

Use your voice to control your TV with Siri, Google Assistant, and Alexa-enabled devices. With Apple HomeKit, you can use Siri to create custom scenes for the smart home devices that pair with your entertainment experience.

| ↑ | | ↑ | | ↑ |
| --- | --- | --- | --- | --- |
| Apple | | Google | | Alexa |

[C]

# How to use Google Voice Assistant with your SmartCast TV

Getting Started

To get started you will need:

- A supported VIZIO SmartCast TV or Home Theater Display
- A Google Assistant device such as a Google Home, Google Home Mini, Google Home Hub, or a mobile device with the Google Home app installed.
- An Active Internet Connection

Follow these steps to enable VIZIO's Google Assistant actions on your SmartCast TV:

1. Press the VIZIO button on your remote to launch SmartCast TV Home on your TV.
2. From the top menu, navigate to Extras and click OK.
3. Highlight and select "Google Assistant".
4. Follow the onscreen steps to pair your TV with your myVIZIO account and enable the Google Assistant action.

[O]

The Google Assistant-enabled device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.

For example, using the Google Assistant-enabled device, a user can give a voice command (e.g. turn on/off the TV, adjust the volume on the TV, etc.) to control

| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable |
|---|

3

| | |
|---|---|
| device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | the Vizio SmartCast TV. The Google Assistant-enabled device receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers.<br><br>Things To Say<br><br>Controlling your TV<br>Say "Ok Google" or "Hey Google" then…"<br>"Turn on (TV name)."<br>"Turn off (TV name)."<br>"Change input to (input name) on (TV name). *Custom input names are not currently supported.<br><br>Volume Control<br>Say "Ok Google" or "Hey Google" then…"<br>"Set volume to 50% on (TV name)."<br>"Turn up the volume on (TV name)."<br>"Mute(TV name)."<br><br>[O]<br><br>Additionally, the Vizio SmartCast TV can be voice-controlled by the Google Assistant-enabled device (e.g. mobile device), which streams content to the TV from the device using Chromecast. Google Assistant and Chromecast come pre-loaded on mobile devices with Android OS [F]. Google Assistant and Google Home (which includes Chromecast support) can also be downloaded to mobile devices from the Google Play App store and from Apple e.g. for iOS mobile devices. [G] |

4

# Stream with SmartCast

Endless Entertainment. Enjoy your favorite built-in apps, hundreds of free channels, and easily stream from your phone to your VIZIO TV.

[C]

## Cast your Android screen from the Google Home app

Casting your Android screen lets you mirror your Android device to the TV so you can enjoy your content exactly as you see it on your mobile device—only bigger.

### Step 1. Get started

- Casting your Android screen is available on devices running Android 5.0 or later.
- Casting your Android screen is not supported on iOS or Windows devices.
- Turn off "Power Saving Mode" on your Android device. Power Saving Mode can limit the processing power of your device which might affect the performance of the Cast Screen feature.
- Important: The "Microphone" permission in the Google Play Services app needs to be turned on to successfully use the "Cast Screen / Audio" feature with Chromecast. If you don't have this permission turned on, the Cast Screen session will immediately disconnect after trying to connect.
  - To turn on microphone permissions:
    1. On your Android device, tap Settings ⚙.
    2. Scroll down and tap Apps  >  Google Play Services  >  Permissions.
    3. Look for "Microphone" and slide the slider On 🔘.

5

| | |
|---|---|
| | **Step 2. Cast your screen from your Android device**<br><br>1. Make sure your mobile phone or tablet is on the same Wi-Fi network as your Chromecast device.<br><br>2. Open the Google Home app △.<br><br>3. Tap the device you want to cast your screen to.<br><br>4. Tap **Cast my screen** ⬒ > **Cast screen.**<br><br>[J]<br><br>1. Get the Google Assistant                                                                                 ‹<br><br>The Google Assistant is built into some products and can be added to others. For example:<br><br>• Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in ☑<br><br>• Google Nest Hub - built in ☑<br><br>• Android phone or tablet - built in ☑<br><br>• iPhone or iPad - download the app ☑<br><br>• Nest Cam IQ Indoor - built in, must be connected to your Google Assistant<br><br>• Nest Guard - built in, must be connected to your Google Assistant<br><br>For the latest information about additional devices that support the Google Assistant, visit the Google Assistant page.<br><br>]                                                                                                                  [F |
| the distal computer system operating as a remote human-to-device command translation service provider using at least a portion of the manipulated | The Vizio Google Assistant Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device.<br><br>For example, the Vizio Google Assistant Action in conjunction with Google Assistant interprets voice commands and translates them into device commands |

6

| information to translate the human-understandable device command into a formatted device command executable by the second device; | that are executable by the Vizio SmartCast TV. The SmartCast TV needs to be paired with the user's myVizio account and the Vizio Google Action must be enabled for that SmartCast TV. |

## How to use Google Voice Assistant with your SmartCast TV

Getting Started

To get started you will need:

- A supported VIZIO SmartCast TV or Home Theater Display
- A Google Assistant device such as a Google Home, Google Home Mini, Google Home Hub, or a mobile device with the Google Home app installed.
- An Active Internet Connection

Follow these steps to enable VIZIO's Google Assistant actions on your SmartCast TV:

1. Press the VIZIO button on your remote to launch SmartCast TV Home on your TV.
2. From the top menu, navigate to Extras and click OK.
3. Highlight and select "Google Assistant".
4. Follow the onscreen steps to pair your TV with your myVIZIO account and enable the Google Assistant action.

[O]

7

## How to build

To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.

[D]

## Fulfillment

Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.

Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication, your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as Hey Google, unlock my front door.

[E]

The formatted device command is transmitted to the Vizio SmartCast TV.

For example, the formatted device command is transmitted to the Vizio SmartCast TV over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols). The Vizio SmartCast TV requires an Internet connection to Vizio's servers to receive the formatted device command.

transmitting the formatted device command to the second device; and

# How to use Google Voice Assistant with your SmartCast TV

Getting Started

To get started you will need:

- A supported VIZIO SmartCast TV or Home Theater Display
- A Google Assistant device such as a Google Home, Google Home Mini, Google Home Hub, or a mobile device with the Google Home app installed.
- An Active Internet Connection

[O]

Network or Router Problems

If these steps do not resolve your issue, your home internet router may be blocking the connection between VIZIO's servers and your TV. Please contact your internet service provider or internet router provider for assistance. It may help to let your Internet service provider or router provider know that VIZIO's voice control requires internet router access to port 8883, the standard TCP Port for the secure MQTT protocol.

[O]

The formatted device command from Vizio's Google Assistant Action is transmitted to the Vizio SmartCast TV via Vizio's servers as part of the Developer Cloud.

10

Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.



**Figure 1.** A successful developer cloud execution path.

[E]

The Vizio SmartCast TV executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.

For example, the Vizio SmartCast TV performs the voice command formatted as a device command (e.g. turn on/off the TV, adjust the volume on the TV, etc.).

| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the |

second device is local
to the first device.



## Control Your Experience

Use voice to control the TV with popular voice assistants including
Siri, Google Assistant and Alexa-enabled devices – turn your TV
on/off, stream apps, and more.

[M]

When the Vizio SmartCast TV is receiving streaming content via Chromecast (e.g.
acting as the second device), it performs the voice command formatted as a
device command e.g. playing the streaming content via Chromecast. The
Google Assistant-enabled device with Chromecast needs to be on the same Wi-Fi

11

network as the Vizio SmartCast TV, which means they need to be within a range of about 50 feet or an area of about 2500 square feet of each other. [K] [H]

## Step 2. Cast your screen from your Android device

1. Make sure your mobile phone or tablet is on the same Wi-Fi network as your Chromecast device.

2. Open the Google Home app △.

3. Tap the device you want to cast your screen to.

4. Tap Cast my screen ⎌ > Cast screen.

[J]

**Product List [A]**

**P-Series Quantum X:** 85", 75" and 65" models
**P-Series Quantum:** 75"and 65" models
**OLED 4K HDR Smart TVs:** 65" and 55" models
**M-Series:** 70", 58" and 50" models
**V-Series:** 75", 70", 65", 60" 58", 55", 43", and 40" models
**M-Series Quantum:** 65", 55" and 50"  models
**D-Series:** 40", 32", and 24" models

**References**

[A] VIZIO – United States / Shop TVs & Home Theater Displays, Sound Bars, Wireless Speakers | TVs & Home Theater Displays | VIZIO
https://www.vizio.com/en/shop/tv

[B] VIZIO - Chromecast built-in and works with Google Assistant
https://www.vizio.com/en/google

[C] VIZIO - SmartCast OS Endless Entertainment
https://www.vizio.com/en/smartcast

[D] Overview
https://developers.google.com/assistant/smarthome/overview

[E] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[F] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[G] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[H] How many Google Nest or Google Wifi points do I need?
https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[I] Google Assistant on TVs
https://assistant.google.com/platforms/tv/#find-tvs

[J] Chromecast Help - Google
https://support.google.com/chromecast/answer/6059461?hl=en-CA

[K] How to Fix a Chromecast with a Slow WiFi Connection
https://www.support.com/how-to/how-to-fix-a-chromecast-with-a-slow-wifi-connection-11648

[L] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=%2Cspeakers

[M] VIZO - P-Series Quantum X 85" Class (84.5" diag) 4K HDR Smart TV | P85QX-H1

14

https://www.vizio.com/en/tv/p-series/P85QX-H1

[N] Google Play - VIZIO SmartCast Mobile
https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl=en_CA&gl=US

[O] VIZIO - Support - How to use Google Voice Assistant with your SmartCast TV
https://support.vizio.com/s/article/How-to-use-Google-Voice-Assistant-with-your-SmartCast-TV?
language=en_US#:~:text=To%20get%20started%20you%20will,the%20Google%20Home%20app
%20installed.